ECTOR COUNTY COURT CLERK
CLARISSA WEBSTER.
300 N. GRANT AVE, Room #301
ODESSA TEXAS. 79761.

This document contains some
pages that are of poor quality
at the time of imaging.

IN THE 70TH
JUDICIAL DIST-
RICT COURT ECTOR
COUNTY, TEXAS.
A-31,689-E.

29,735-10

IN RE: INCOMPLETE RECORD AND POLICE
OFFICERS, DAYTON NEFF And CORPORAL, Roy CELAYA
COMPLETE POLICE REPORT.

TO THE HONARABLE COURT:
PER, TEXAS RULES of APPELLATE PROCEDURE 34.6(b),
34.5 JONES, HAS REPEATLY REQUESTED A
COMPLETE RECORD BY CLERK, CLARISSA WEBSTER
WHICH IS HER MINISTRIAL DUTIES And FOR PUR-
POSE OF CHAPTER 64.01(C) DNA TESTING. And HIS
ART. 11.07 HABEAS CORPUS; OF WHICH THIS IS A
"MINISTERIAL ACT" AND STATUTORY RIGHT
TO DNA TESTING. See, NEVEU V. CULVER,
105 S.W. 3d 641, 642 (TEX. CRIM. App. 2003). See Also,
EUGENE J. WINTERS V. PRESIDING JUDGE, 118 S.W. 3d
773 (TEX. CRIM. APP. 2003). And ROSENTHOL V. POE, 98
S.W. 3d. 194, 198 (TEX. CRIM. APP. 2003).

RECEIVED IN
COURT OF CRIMINAL APPEALS

DEC 28 2015

Abel Acosta, Clerk

P7

JONES SENT BOTH HIS ART. 11.07 And A THIRD REQUEST FOR DNA CHAPTER 64.01© MOTION IN TO CLERK, CLERISSA WEBSTER AND SHE HAS NOT SENT JONES THE RESPONSE TO AND DECISION TO HIS MOTIONS BY 70TH JUDICIAL DISTRICT COURT OR ANY COURT And THE POLICE OFFICERS REPORTS (EXHIBIT 1) By, DAYTON NEFF And COR-PORAL, ROY CELAYA WERE SENT BACK AS A (3) PAGE SINGLE REPORT BY DAYTON NEFF.

EXHIBIT 1 POLICE REPORT BY ODESSA POLICE DEPARTMENT OFFENSE INCIDENT REPORT SHOW TO BE A FOUR-(4) PAGE DOCUMENT BY OFFICER, CELAYA, ROY See TRIAL COURT TRANSCRIPTS PAGE [105,106] VOLUME 7 of 9, Page 105 LINES 21-25 ; page 106 LINES 1-5:

CLERK, CLERISSA WEBSTER SENT (2) pages of officer DAYTON NEFF'S REPORT And ONE page of CORPORAL, ROY CELAYA'S REPORT AS A SINGLE REPORT of ONE officer. SHE REMOVED (3) pages of CORPORAL ROY CELAYA'S REPORT THUS SENDING (3) page RE-PORT TO COURT OF CRIMINAL APPEALS: THIS ACT IS TAMPERING WITH A FIELD REPORT VIOLATES BRADY V. MARYLAND, 373 U.S. 83, 83 S.Ct. 1194 And BOTH EXCULPATORY EVIDENCE And MATERIAL FAVORABLE EVID-ENCE AS WELL AS VTCA § 37.09, V.T.CA. ART. 40.001 And VERNON'S TEX. ANN.C.Cp. ART. 2.03 NEGLECT OF DUTY Of COURT OFFICER [27] [33] [34] PARAGRAPHS (a) And (b).

P2

JONES REQUESTED A full COMPLETE REPORT TO SHOW EVIDENCE IN HIS DEFENSE And CLERK CLERISSA WEBSTER VIOLATES HE T.C.C.P 2.21 CLERK MINISTRIAL DUTIES,

THIS is THE FIFTH REQUEST FOR A COURT DECISION TO HIS 11.07 AND CHAPTER 64.01 (C) MOTIONS And A full COMPLETE RECORD THAT SHE STILL HAS NOT SENT UP TO DECEMBER 21st 2015.

THE TWO OFFICERS POLICE REPORTS ARE MATERIAL FAVORABLE EVIDENCE TO JONES' CASE AT BAR And COURT OF CRIMINAL APPEALS SHOULD HAVE ALL FAVORABLE EVIDENCE TO JONES' CASE TO VIEW. JONES' THEN WIFE, Phyllis JONES' STATEMENT TOO is NEEDED TO SHOW AS EVIDENCE. JONES' REQUEST FOR PREPARATION OF CLERK RECORD AND COMPLETE RECORD LISTED THE following

[28] ITEMS:
1. Any PROSE HEARINGS
2. Any PRE TRIAL HEARINGS
3. VOIR DIRE BY THE COURT
4. VOIR DIRE by THE STATE
5. VOIR DIRE BY THE DEFENSE
6. BENCH CONFERENCE
7. STRIKES MADE
8. Any MOTIONS TO SUPPRESS PROCEEDINGS
9. Any And All WITNESS STATEMENTS
10. COMPLAINT And AFFIDAVITS.

P3

11. MEDICAL REPORTS
12. ANY WRITTEN STIPULATIONS
13. ANY NOTICE BY STATE
14. ALL PRETRIAL MOTIONS
15. RULING ON ANY AND ALL MOTIONS MADE
16. GUILT And INNOCENCE EVIDENCE
17. ALL EXHIBITS BY STATE
18. ALL EXHIBITS BY DEFENSE
19. PER PACKET
20. INCIDENT REPORTS BY ANY LAW ENFORCEMENT AGENCY (S)
21. ALL SANE VIDEO And SCENE VIDEO
22. ALL LABORATORY REPORTS
23. THE RAPE KIT EVIDENCE
24. THE CHARGE TO THE JURY
25. JUDGEMENT And SENTENCE
26. ALL NOTES TO JUDGE And FROM JUDGE TO JURY
27. ALL POST CONVICTIONS WRITS PLEADINGS MOTIONS AND OTHER PAPERS.
28. ANY And ALL Alleged STILL OR VIDEO PORNOGRAPHIC MATERIALS And ALL CELL PHONE, HOME PHONE RECORDINGS Alleged TO BE A PART OF THIS CASE.

TO THIS DATE, DEC. 21st 2015 JONES HAS NOT RECEIVED NUMBERS 9, 10, 11, 12, 15, 16, 17, 18, 20, 21, 22, 23, 26, 27 And 28.

DENIAL OF ABOVE ITEMS IS DENIAL OF DUE PROCESS See, ~~ART. 15~~ SEC. I ART 14 OF U.S. CONST. And VIOLATES BRADY V MARYLAND, 373 U.S. 83, 83 S.Ct. 1194:

Tony Ray Jones 131215
Michael Unit P.O. Box
4500, Tennessee Colony Texas
75886.

P4

# CERTIFICATE OF SERVICE

THIS IS TO CERTIFY THAT THIS FOREGOING IS TRUE AND CORRECT TO THE BEST OF MY KNOWLEDGE AND AN ORIGIONAL WAS SENT TO CLERK, CLARISSA WEBSTER, AT, 300 N. GRANT AVE. ROOM# 301 ODESSA TEXAS, 79761 AND A COPY TO CLERK, ABEL ACOSTA POBOX 12308 CAPITOL STATION AUSTIN TEXAS 78711 (CCA) BY THE UNITED STATES MAIL SYSTEM THIS 21St DAY OF DECEMBER 2015.

BY, PRO SE Tony Ray Jones 1312115 Michael Unit, P.OB OF 4500, Tennessee Colony, Texas. 75886.

P5